FILED

2016 MAY 25  PM 5:25

CLERK US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA FLORIDA

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                          CASE NO.  8:16-cr-236-T-27MAP
                                                      21 U.S.C. § 841(a)(1)
WILLIE LEE SIMS                                       21 U.S.C. § 841(b)(1)(C)
                                                      21 U.S.C. § 841(b)(1)(B)(iii)
                                                      18 U.S.C. § 922(g)(1)
                                                      18 U.S.C. § 924(c)(1)(A)(i)
                                                      21 U.S.C. § 853 (Forfeiture)
                                                      18 U.S.C. § 924(d) (Forfeiture)
                                                      28 U.S.C. § 2461(c) (Forfeiture)

## INDICTMENT

The Grand Jury charges:

## COUNT ONE

On or about September 15, 2015, in the Middle District of Florida, the defendant,

WILLIE LEE SIMS,

did knowingly and intentionally possess with intent to distribute a quantity of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT TWO

On or about September 15, 2015, in the Middle District of Florida, the defendant,

**WILLIE LEE SIMS,**

did knowingly and intentionally possess with intent to distribute 28 grams and more of a mixture and substance containing a detectable amount of cocaine base ("crack cocaine"), a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(iii).

## COUNT THREE

On or about September 15, 2015, in the Middle District of Florida, the defendant,

**WILLIE LEE SIMS,**

having been convicted in any court of a crime punishable by imprisonment for a term exceeding one year, namely:

> Robbery with a Weapon, in Case No. CRC0903884CFAES, in the Circuit Court of the Sixth Judicial Circuit, in and for Pasco County, Florida, on or about March 6, 2012; and

> Armed Burglary with Weapon, in Case No. CRC0905210CFAES, in the Circuit Court of the Sixth Judicial Circuit, in and for Pasco County, Florida, on or about March 6, 2012,

did knowingly possess, in and affecting interstate and foreign commerce, a firearm and ammunition, to wit: a Smith & Wesson, model 659, 9mm, semi-auto pistol, Winchester 9mm ammunition, and IMI 9mm ammunition.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## COUNT FOUR

On or about September 15, 2015, in the Middle District of Florida, the defendant,

WILLIE LEE SIMS,

knowingly possessed a firearm, to wit: a Smith & Wesson, model 659, 9mm, semi-auto pistol, in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, that is, the possession of cocaine with intent to distribute, as alleged in Count One of this indictment, and the possession of cocaine base ("crack cocaine") with intent to distribute, as alleged in Count Two of this indictment.

In violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

## COUNT FIVE

On or about October 7, 2015, in the Middle District of Florida, the defendant,

WILLIE LEE SIMS,

did knowingly and intentionally distribute and possess with intent to distribute a quantity of a mixture and substance containing a detectable amount of cocaine base ("crack cocaine"), a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT SIX

On or about October 12, 2015, in the Middle District of Florida, the defendant,

WILLIE LEE SIMS,

did knowingly and intentionally distribute and possess with intent to distribute a quantity of a mixture and substance containing a detectable amount of cocaine base ("crack cocaine"), a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT SEVEN

On or about October 14, 2015, in the Middle District of Florida, the defendant,

WILLIE LEE SIMS,

did knowingly and intentionally distribute and possess with intent to distribute a quantity of a mixture and substance containing a detectable amount of cocaine base ("crack cocaine"), a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## FORFEITURE

1.	The allegations contained in Counts One through Seven of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures pursuant to the provisions of Title 21, United States Code,

Section 853, Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c).

2.  From his engagement in the violations alleged in Counts One, Two, and Five through Seven of this Indictment, punishable by imprisonment for more than one year, the defendant,

WILLIE LEE SIMS,

shall forfeit to the United States of America, pursuant to Title 21, United States Code, Section 853, any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offense and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the offense.

3.  From his engagement in any or all of the violations alleged in Counts Three and Four of the Indictment, the defendant,

WILLIE LEE SIMS,

shall forfeit to the United States, under Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in the commission of the offense.

4.  The property to be forfeited includes, but is not limited to, a Smith & Wesson, model 659, 9mm, semi-auto pistol, Winchester 9mm ammunition, and IMI 9mm ammunition.

5.  If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendant:

5

    a.    cannot be located upon the exercise of due diligence;

    b.    has been transferred or sold to, or deposited with a third party;

    c.    has been placed beyond the jurisdiction of the court;

    d.    has been substantially diminished in value; or

    e.    has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property under the provision of Title 21, United States Code, Section 853(p), directly and as incorporated by Title 28, United States Code, Section 2461(c).

A TRUE BILL,

/s/ ~~Foreperson~~ DEPUTY FOREPERSON

A. LEE BENTLEY, III
United States Attorney

By: /s/ Gregory P. Nolan
Gregory P. Nolan
Assistant United States Attorney

By: /s/ Simon A. Gaugush
Simon A. Gaugush
Assistant United States Attorney
Chief, Major Crimes Section

T:\_Cases\Criminal Cases\S\Sims, Willie_2015R02497_RKJ\p_Indictment.docx

FORM OBD-34
APR 1991

No. 8:16-cr-

# UNITED STATES DISTRICT COURT
Middle District of Florida
Tampa Division

THE UNITED STATES OF AMERICA

vs.

WILLIE LEE SIMS

## INDICTMENT

Violations:

Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C), and 841(b)(1)(B)(iii)
Title 18, United States Code, Section 922(g)(1) and 924(c)(1)(A)(i)

A true bill,

_____
Foreperson  DEPUTY FOREPERSON

Filed in open court this 25th day

of May, 2016.

_____
Clerk

Bail $ _____

FILED
2016 MAY 25 PM 5:25
CLERK US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA FLORIDA

GPO 863 525

T:\_Cases\Criminal Cases\S\Sims, Willie_2015R02497_GTNf_Indictment back cover.docx